JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KATHERINE ESQUERRA,

        Plaintiff,

    v.

REPUBLIC SERVICES, INC., and DOES 1 through 25,

        Defendant.

Case No. 8:25-cv-02562-FWS-KES

**ORDER RE STIPULATION OF DISMISSAL [17]**

///
///
///

1

**ORDER OF DISMISSAL**

Having reviewed and considered the Stipulation of Dismissal [17] ("Stipulation"), between Plaintiff Katherine Esquerra and Defendant Republic Services, the files and records of the case, the applicable law, including Federal Rule of Civil Procedure 41(a)(1), and for the good cause demonstrated by the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

1. The entire above-captioned case, including all claims and parties, is **DISMISSED WITH PREJUDICE**.

2. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 24, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2
**ORDER OF DISMISSAL**